# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**ALFREDA ALTERMESE LACAPRA,**

   Plaintiff,

v.               Case No: 6:17-cv-584-Orl-18GJK

**COMMISSIONER OF SOCIAL SECURITY,**

   Defendant.

## ORDER

THIS CAUSE concerns Plaintiff Alfreda Altermese Lacapra's ("Lacapra") appeal from a final decision of the Commissioner of the Social Security Administration (the "Commissioner") denying her application for Supplemental Security Income benefits ("SSI") after proceedings before an Administrative Law Judge ("ALJ").[1] On February 15, 2018, the United States Magistrate Judge issued a report and recommendation (the "Report and Recommendation") recommending that the Commissioner's decision be affirmed (Doc. 17), to which Plaintiff filed an objection (Doc. 18). Plaintiff argues that the ALJ "failed to fully and fairly develop the record regarding the extent of Plaintiff's cognitive limitations." (*Id.* at 2.)

The ALJ's findings are supported by substantial evidence, and the ALJ applied the proper legal analysis to Plaintiff's disability claims. After *de novo* review of the portions of the Report and Recommendation to which Plaintiff objected, it is hereby **ORDERED** and **ADJUDGED** as follows:

---

[1] The Commissioner filed a certified copy of the record before the Social Security Administration. (*See* Doc. 13.)

1. United States Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 17) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. The Commissioner's final decision in this case is **AFFIRMED** under sentence four of 42 U.S.C. § 405(g).

3. The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida on this _26_ day of March, 2018.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record